

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg, Esquire
Office of the Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

**Order Filed on May 1, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
 JOHN L. COSSABOON

                    Debtor

Case No. 25-13805 (ABA)

Judge:  Andrew B. Altenburg, Jr.

## CONSENT ORDER   RESOLVING BAD FAITH FILINGS
## AND ALLOWING CASE TO CONTINUE

　　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 1, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:         JOHN L. COSSABOON
Case No.      25-13805 (ABA)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

___

Upon agreement with the Trustee and Debtor(s), for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor(s)' Chapter 13 case number 25-13805 (ABA) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor(s)' instant Chapter 13 case should be dismissed, the Debtor(s) shall be barred from filing for bankruptcy protection under Chapter 13 for a period of 180-days from the date of dismissal of Debtor(s)' case.


/s/ Moshe Rothenberg                                      4/15/2025
Moshe Rothenberg                                          Date
Debtor's Attorney


/s/ Andrew B. Finberg                                      4/17/2025
Andrew B. Finberg                                          Date
Chapter 13 Standing Trustee